**PAWB FORM 30 (03/12)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas A. Mann II | ) | Case No. 19-24142 |
| Beth A. Mann, | ) | Chapter 13 |
|     Debtor(s) | ) | Docket No. |
| | ) | |
| Thomas A. Mann II | ) | |
| Beth A. Mann, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I, Kenneth Steidl, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

Capital One Bank
1680 Capital One Drive
Mc Lean, VA 22102

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303

First Universal Finance
115 Freeport Rd.
Suite 1
New Kensington, PA 15068

Jefferson Capital Systems, LLC
16 Mcleland Rd
Saint Cloud, MN 56303

Jefferson Capital Systems, LLC

Po Box 1999
Saint Cloud, MN 56302

JOSHUA MCNAMARA, ESQ
2 INDUSTRIAL WAY WEST
PO BOX 500
Eatontown, NJ 07724

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108

Midland Funding LLC
320 East Big Beaver
Troy, MI 48083

Portfolio Recovery Associates LLC
120 Corporate Blvd Ste 100
Norfolk, VA 23502

By:

November 21, 2019            /s/ Kenneth Steidl_____
DATE                         Kenneth Steidl, Esquire
                             Attorney for the Debtor(s)

                             STEIDL & STEINBERG
                             Suite 2830 – Gulf Tower
                             707 Grant Street
                             Pittsburgh, PA  15219
                             (412) 391-8000
                             ken.steidl@steidl-steinberg.com
                             PA I.D. No. 34965