IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Thomas A. Mann II ) | Case No. 19-24142 |
| Beth A. Mann, ) | Chapter 13 |
|     Debtor(s) ) | Related to Document No. 30 |
| ) | |
| ) | |
| Thomas A. Mann II, ) | |
|     Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 0822 ) | |
| ) | |
| vs. ) | |
| ) | |
| Bayer U.S. LLC and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 29, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Thomas A. Mann II
565 Franklin St.
Freeport, PA 16229

Bayer U.S. LLC
Attn: Payroll
100 Bayer Boulevard
Whippany, NJ 07981

Date of Service:    November 29, 2019    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965