IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Thomas A. Mann II ) | Case No. 19-24142 |
| Beth A. Mann, ) | Chapter 13 |
|     Debtor(s) ) | Related to Document No. 31 |
| ) | |
| ) | |
| Beth A. Mann, ) | |
|     Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 2242 ) | |
| ) | |
| vs. ) | |
| ) | |
| UPMC Physician Operations & Prof and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 29, 2019, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Beth A. Mann  
565 Franklin St.  
Freeport, PA 16229  

UPMC Physician Operations & Prof  
Attn: Payroll  
600 Grant Street  
Floor 56  
Pittsburgh, PA 15219  

Date of Service:    November 29, 2019    /s/ Kenneth Steidl  
Kenneth Steidl, Esquire  
STEIDL & STEINBERG  
28th Floor, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
PA I.D. 34965