IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas A. Mann II, | ) | Case No. 19-24142 TPA |
| Beth A. Mann, | ) | Chapter 13 |
|    Debtors | ) | |
| | ) | Related to Docket No. 13-15 |
| | ) | |
| | ) | Hearing Date and Time |
| Thomas A. Mann II, | ) | January 8, 2020 at 10:00am |
| Beth A. Mann, | ) | |
|    Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jefferson Capital Systems, LLC | ) | |
| c/o Compucredit Corporation | ) | |
|    Respondent | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 5

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Respondent's Claim 5 filed on November 19, 2019 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Respondent's Claim 5 appears thereon. Pursuant to the Notice of Hearing, objections for Objection to Respondent's Claim 5 were to be filed and served no later than December 19, 2019.

     It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 5 be entered by the Court.

                                                  Respectfully submitted,

December 20, 2019                                     /s/ Kenneth Steidl
Date                                                      Kenneth Steidl, Esquire
                                                            Attorney for the Debtor
                                                            STEIDL & STEINBERG
                                                            707 Grant Street
                                                            Suite 2830, Gulf Tower
                                                            Pittsburgh, PA 15219
                                                            (412) 391-8000
                                                            Ken.steidl@steidl-steinberg.com
                                                            PA I.D. No. 3496