IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/23/19 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas A. Mann II, | ) | Case No. 19-24142 TPA |
| Beth A. Mann, | ) | Chapter 13 |
|    Debtors | ) | |
| | ) | Rel to Doc #13 |
| | ) | |
| Thomas A. Mann II, | ) | |
| Beth A. Mann, | ) | |
|    Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Jefferson Capital Systems, LLC | ) | |
| c/o Compucredit Corporation | ) | |
|    Respondent | ) | |

**ORDER OF COURT**

AND NOW, to wit, this __23rd__ day of __December__, 2019, it is hereby

ORDERED, ADJUDGED, and DECREED, that Respondent's proof of claim number 5 is stricken due to the fact that the debt is uncollectable under 42 Pa. C.S. 5525(a).

_____ J.
ljm

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                                Case No. 19-24142-TPA
Thomas A. Mann, II                                                    Chapter 13
Beth A. Mann
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Dec 23, 2019
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db/jdb        +Thomas A. Mann, II,   Beth A. Mann,   565 Franklin St.,   Freeport, PA 16229-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Joint Debtor Beth A. Mann julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Kenneth Steidl    on behalf of Debtor Thomas A. Mann, II julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                 TOTAL: 6