FILED
12/31/19 9:15 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas A. Mann II, | ) | Case No. 19-24142 TPA |
| Beth A. Mann, | ) | Chapter 13 |
| Debtors | ) | |
| | ) | Related to Document No. 23 |
| | ) | |
| | ) | |
| Thomas A. Mann II, | ) | |
| Beth A. Mann, | ) | |
| Movant | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| LVNV Funding, LLC | ) | |
| c/o Resurgent Capital Services | ) | |
| Respondent | ) | |

### ORDER OF COURT

AND NOW, to wit, this ___31st___ day of ___December___, 2019, it is hereby

ORDERED, **ADJUDGED, and DECREED, that Respondent's proof** of claim number 7 is stricken due to the fact that the debt is uncollectable under 42 Pa. C.S. 5525(a).

_____
Thomas P. Agresti, Judge     jlm
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Thomas A. Mann, II  
Beth A. Mann  
    Debtors

Case No. 19-24142-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Dec 31, 2019  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 02, 2020.  
db/jdb         +Thomas A. Mann, II,    Beth A. Mann,    565 Franklin St.,    Freeport, PA 16229-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 02, 2020                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 31, 2019 at the address(es) listed below:

         James Warmbrodt     on behalf of Creditor     PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com  
         Kenneth Steidl     on behalf of Joint Debtor Beth A. Mann julie.steidl@steidl-steinberg.com,  
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Kenneth Steidl     on behalf of Debtor Thomas A. Mann, II julie.steidl@steidl-steinberg.com,  
     ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com  
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com  
         S. James Wallace     on behalf of Creditor     Peoples Gas Company LLC, f/k/a Peoples TWP LLC  
     sjw@sjwpgh.com,     srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com  
                                                                                                         TOTAL: 6