UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Beth A. Mann  CHAPTER: 13
565 Franklin St.  CASE NUMBER: 19-24142
Freeport, PA 16229,  CLAIM AMOUNT: $3613.04

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 11/20/2019 12:31:13 PM, in the amount of $361

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 22nd day of January, 2020.

Jefferson Capital Systems LLC

By: /s/ Melissa Roering_____
Melissa Roering   Bankruptcy Specialist

Jefferson Capital Systems LLC
16 McLeland Road
St. Cloud, Minnesota  56303
(800) 928-7314

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Beth A. Mann<br>565 Franklin St.<br>Freeport, PA 16229, |
| Debtor's Attorney: | Kenneth Steidl<br>707 Grant ST  Suite 2830 Gulf Tower<br>Pittsburgh, PA 15219 |
| Chapter 13 Trustee: | Ronda J. Winnecour<br>600 Grant Street Suite 3250, USX Tower<br>Pittsburgh, PA 15219 |

by submitting electronically with the court.

This 22nd day of January, 2020.

Jefferson Capital Systems LLC

By: /s/ Melissa Roering
Melissa Roering   Bankruptcy Specialist

Jefferson Capital Systems LLC
16 McLeland Road
St. Cloud, Minnesota  56303
(800) 928-7314