UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

FILED
1/23/20 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Beth A. Mann
565 Franklin St.
Freeport, PA 16229,

CHAPTER: 13
CASE NUMBER: 19-24142
CLAIM AMOUNT: $3613.04

Rel to Doc No. 49

Debtors.

_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 11/20/2019 12:31:13 PM, in the amount of $361$

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 22nd day of January, 2020.

Jefferson Capital Systems LLC

SO ORDERED
January 23, 2020

By: /s/ Melissa Roering
Melissa Roering   Bankruptcy Specialist

Jefferson Capital Systems LLC
16 McLeland Road
St. Cloud, Minnesota 56303
(800) 928-7314

ljm

## **CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

|  |  |
|---|---|
| Debtor: | Beth A. Mann<br>565 Franklin St.<br>Freeport, PA 16229, |
| Debtor's Attorney: | Kenneth Steidl<br>707 Grant ST  Suite 2830 Gulf Tower<br>Pittsburgh, PA 15219 |
| Chapter 13 Trustee: | Ronda J. Winnecour<br>600 Grant Street Suite 3250, USX Tower<br>Pittsburgh, PA 15219 |

by submitting electronically with the court.

This 22nd day of January, 2020.

Jefferson Capital Systems LLC

By: /s/ Melissa Roering_____
Melissa Roering   Bankruptcy Specialist

Jefferson Capital Systems LLC
16 McLeland Road
St. Cloud, Minnesota  56303
(800) 928-7314

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Thomas A. Mann, II
Beth A. Mann
    Debtors

Case No. 19-24142-TPA
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 1 | Date Rcvd: Jan 23, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15161005      E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 24 2020 02:58:00     Jefferson Capital Systems, LLC,
      16 Mcleland Rd,   Saint Cloud, MN 56303
                                                                                                TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2020 at the address(es) listed below:
        James Warmbrodt   on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
        Kenneth Steidl   on behalf of Joint Debtor Beth A. Mann julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Kenneth Steidl   on behalf of Debtor Thomas A. Mann, II julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Gas Company LLC, f/k/a Peoples TWP LLC
         sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                                                            TOTAL: 6