IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 19-24142 TPA |
| | ) | Chapter 13 |
| Thomas A. Mann II, | ) | |
| Beth A. Mann, | ) | Related to Docket No. 56, 57 |
|    Debtors | ) | Hearing Date and Time |
| | ) | April 1, 2020 at 10:00am |
| | ) | |
| | ) | |
| Thomas A. Mann II, | ) | |
| Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Credit Acceptance Corporation | ) | |
|   Respondent | | |

## CERTIFICATION OF NO OBJECTION REGARDING OBJECTION TO RESPONDENT'S CLAIM 1

     The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading regarding Objection to Respondent's Claim 1 filed on February 19, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading for the Objection to Respondent's Claim 1 appears thereon.  Pursuant to the Notice of Hearing, objections for the Objection to Respondent's Claim 1 were to be filed and served no later than March 20, 2020.

It is hereby respectfully requested that the Order attached to the Objection to Respondent's Claim 1 be entered by the Court.

                                               Respectfully submitted,

| | |
|---|---|
| <u>March 23, 2020</u> | /s/ Kenneth Steidl |
| DATE | Kenneth Steidl |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 707 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 391-8000 |
| | PA I. D.  No. 34965 |
| | ken.steidl@steidl-steinberg.com |