IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas A. Mann II, | ) | Case No. 19-24142 TPA |
| Beth A. Mann, | ) | Chapter 13 |
|    Debtors | ) | Related to Docket No. 63 |
| | ) | |
| Thomas A. Mann II, | ) | |
|    Movant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Cavalry SPV I, LLC | ) | |
|    Respondent | ) | |

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 25, 2020, a true and correct copy of the *Order of Court Dated March 24, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Thomas A. II & Beth A. Mann
565 Franklin Street
Freeport, PA 16229

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Cavalry SPV I, LLC
Attn: Matthew Oprysk Bk Specialist
500 Summit Lake Drive Suite 400
Valhalla, NY 10595

By ECF:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219


Date of Service: March 25, 2020

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965