IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Thomas A. Mann II, ) | Case No. 19-24142 TPA |
| Beth A. Mann, ) | Chapter 13 |
| Debtors ) | Related to Docket No. 62 |
| ) | |
| Thomas A. Mann II, ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| Credit Acceptance Corporation, ) | |
| Respondent ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 25, 2020, a true and correct copy of the *Order of Court Dated March 24, 2020* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Thomas A. II & Beth A. Mann
565 Franklin Street
Freeport, PA 16229

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Credit Acceptance Corporation
Attn: Alicia Ford Bk Coordinator
25505 W. 12 Mile Road, Suite 3000
Southfield, MI 48034

By ECF:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Date of Service: March 25, 2020

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965