IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Thomas A. Mann II ) | Case No. 19-24142 |
| Beth A. Mann, ) | Chapter 13 |
|     Debtor(s) ) | Related to Document No. 72 |
| ) | |
| ) | |
| Thomas A. Mann II, ) | |
|     Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 0822 ) | |
| ) | |
| vs. ) | |
| ) | |
| Bayer U.S. LLC and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

### CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on May 14, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219

Thomas A. Mann II  
565 Franklin St.  
Freeport, PA 16229

Bayer U.S. LLC  
Attn: Payroll  
100 Bayer Boulevard  
Whippany, NJ 07981

Date of Service:    May 14, 2020

/s/ Kenneth Steidl  
Kenneth Steidl, Esquire  
STEIDL & STEINBERG  
28th Floor, Gulf Tower  
707 Grant Street  
Pittsburgh, PA 15219  
(412) 391-8000  
PA I.D. 34965