IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas A. Mann II | ) | Case No. 19-24142 |
| Beth A. Mann, | ) | Chapter 13 |
|     Debtor(s) | ) | Related to Document No. 71 |
| | ) | |
| | ) | |
| Beth A. Mann, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 2242 | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UPMC Physician Operations & Prof and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 14, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee  
Suite 3250 – US Steel Tower  
600 Grant Street  
Pittsburgh, PA 15219  

Beth A. Mann  
565 Franklin St.  
Freeport, PA 16229  

UPMC Physician Operations & Prof  
Attn: Payroll  
600 Grant Street  
Floor 56  
Pittsburgh, PA 15219  

Date of Service:     May 14, 2020          /s/ Kenneth Steidl  
                                                               Kenneth Steidl, Esquire  
                                                              STEIDL & STEINBERG  
                                                              28th Floor, Gulf Tower  
                                                              707 Grant Street  
                                                              Pittsburgh, PA 15219  
                                                              (412) 391-8000  
                                                              PA I.D. 34965