FILED
7/1/20 10:09 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In RE: <br> THOMAS A. MANN, II and BETH A. MANN, his wife <br>         Debtors <br> PEOPLES GAS COMPANY LLC, F/K/A PEOPLES TWP LLC <br>         Movant, <br> vs. <br> THOMAS A. MANN, II and BETH A. MANN, his wife, and RONDA J. WINNECOUR, ESQUIRE, Trustee <br>         Respondents. | BANKRUPTCY CASE NO. 19-24142 <br><br> MOTION NO.   77 <br> CHAPTER 13 |

## ORDER OF COURT

AND NOW, to-wit, this __1st__ day of _____July_____, 2020, upon Motion of the Peoples Gas Company LLC, f/k/a Peoples TWP LLC, service of the same upon Debtors and Debtors' Counsel and failure of the same to Object or Respond, it is hereby ORDERED, ADJUDGED and DECREED that:

1. The Debtors have failed to pay their utility bills and/or security deposit to the Peoples Gas Company LLC, f/k/a Peoples TWP LLC as and when they became due post petition. The Peoples Gas Company LLC, f/k/a Peoples TWP LLC is entitled to be paid for this administrative claim and either to terminate utility service to the Debtors or be granted adequate assurance of future payment.

2. The Court finds that continued utility service is necessary for an effective reorganization by the Debtors. Therefore, the administrative claims of the Peoples Gas Company LLC, f/k/a Peoples TWP LLC as set forth in the foregoing Motion are hereby allowed and are to be paid through the Chapter 13 Plan. In addition, as further adequate assurance of payment, the Debtors are hereby ordered to hereafter make the monthly budget payment for utility service provided by Peoples Gas Company LLC, f/k/a Peoples TWP LLC through the Trustee as part of the Chapter 13 Plan. The budget payment as of the date of this Order is $82.00.

3. In order to pay the combined administrative claims and ongoing budget of the Peoples Gas Company LLC, f/k/a Peoples TWP LLC, the Plan payment must be increased. Distribution to Peoples Gas Company LLC, f/k/a Peoples TWP LLC must begin effective beginning in August of 2020.

4. To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $117.58 shall be distributed to the Movant, the Peoples Gas Company LLC, f/k/a Peoples TWP LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Gas Company LLC, f/k/a Peoples TWP LLC.

5. If the ongoing budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Gas Company LLC, f/k/a Peoples TWP LLC in accord with its usual procedures upon notice to the Debtors or their attorney and the Chapter 13 Trustee. Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtors.

6. If the counsel for the Debtors has not consented to the Order by signing below, this Order is entered by Default subject to the Debtors' right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

7. Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Gas Company LLC, f/k/a Peoples TWP LLC as set forth in this Order within fifteen (15) days of the date of this Order. Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

8. The debtor's post petition account number is xxxxxxxx8216.

BY THE COURT:

_____ J.

ljm

cc: S. James Wallace, 845 North Lincoln Avenue, Pittsburgh, PA 15233

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 19-24142-TPA
Thomas A. Mann, II                                                      Chapter 13
Beth A. Mann
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: dkam            Page 1 of 1           Date Rcvd: Jul 01, 2020
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2020.
db/jdb         +Thomas A. Mann, II,   Beth A. Mann,   565 Franklin St.,   Freeport, PA 16229-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2020 at the address(es) listed below:
          James Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Joint Debtor Beth A. Mann julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Kenneth Steidl    on behalf of Debtor Thomas A. Mann, II julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 6