**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Bankruptcy Case No.: 19–24142–TPA

Chapter: 13
Docket No.: 86 – 82
Conciliation Conference Date: 8/6/20 at 09:30 AM

**Thomas A. Mann II**
  Debtor(s)                                              Beth A. Mann

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the ____7th____ day of _____July_____, _2020_, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail

on the respondent(s) at (list names and addresses here):

-All parties listed on the attached mailing matrix-

Executed on ___7/7/20_____          /s/ Kenneth Steidl_____
                    (Date)                                                    (Signature)

 Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219_____
(Type Name and Mailing Address of Person Who Made Service)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-24142-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Wed Jul  8 08:37:13 EDT 2020 | Capital One Bank<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3407 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| Chase - Amazon<br>Po Box 960013<br>Orlando, FL 32896-0013 | Credit Acceptance<br>25505 West 12 Mile Road<br>Suite 3000<br>Southfield, MI 48034-8331 | Credit One Bank<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 |
| Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | First Universal Finance Co., Inc.<br>115 Freeport St.<br>Suite 1<br>New Kensington, PA 15068-6010 | JOSHUA MCNAMARA, ESQ<br>2 INDUSTRIAL WAY WEST<br>PO BOX 500<br>Eatontown, NJ 07724-0500 |
| (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Jefferson Capital Systems, LLC<br>Po Box 1999<br>Saint Cloud, MN 56302 | KML Law Group<br>BNY Mellon Independence Center<br>701 Market Street - Suite 5000<br>New York, NY 10106 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Beth A. Mann<br>565 Franklin St.<br>Freeport, PA 16229-1217 | Thomas A. Mann II<br>565 Franklin St.<br>Freeport, PA 16229-1217 |
| Midland Funding<br>2365 Northside Dr Ste 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>320 East Big Beaver<br>Troy, MI 48083-1271 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | PennyMac Loan Services, LLC<br>3043 Townsgate Road, #200<br>Westlake Village, CA 91361-3027 |
| PennyMac Loan Services, LLC<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Peoples Gas Company LLC<br>f/k/a Peoples TWP<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pgh, PA 15233-1828 | Peoples Gas Company LLC, f/k/a Peoples TWP L<br>c/o S. James Wallace, P.C.<br>845 N. Lincoln Ave.<br>Pittsburgh, PA 15233-1828 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank<br>c/o of PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TW Philips Gas & Oil Company<br>c/o Peoples Gas Company<br>205 North Main St.<br>Butler, PA 16001-4998 | UPMC<br>2 Hot Metal Street, Room 386<br>Pittsburgh, PA 15203-2348 | UPMC Health Services<br>PO Box 1123<br>Minneapolis MN 55440-1123 |

Universal Finance
115 Freeport Rd.
Suite 1
New Kensington, PA 15068-6010

S. James Wallace
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

Walmart
PO Box 536927
Atlanta, GA 30353-6927


James Warmbrodt
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106-1541

West Penn Power
5001 NASA Blvd
Fairmont WV 26554-8248

West Penn Power Company
800 Cabin Hill Drive
Greensburg, PA 15606-2222


Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

Woodforest National Bank
P.O. Box 7889
Spring, TX 77387-7889

Zocal Loan Company
53 Third St.
San Francisco, CA 94103-3151


          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

(d)Jefferson Capital Systems, LLC
PO Box 7999
St Cloud, MN 5632-9617

(d)Jefferson Capital Systems, LLC
16 Mcleland Rd
Saint Cloud, MN 56303


Portfolio Recovery Associates LLC
120 Corporate Blvd Ste 100
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541


          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PENNYMAC LOAN SERVICES, LLC

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39