IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Thomas A. Mann II ) | Case No. 19-24142 |
| Beth A. Mann, ) | Chapter 13 |
| Debtor(s) ) | Related to Document No. 87 |
| ) | |
| ) | |
| Thomas A. Mann II, ) | |
| Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 0822 ) | |
| ) | |
| vs. ) | |
| ) | |
| Bayer U.S. LLC and ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 9, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Thomas A. Mann II
565 Franklin St.
Freeport, PA 16229

Bayer U.S. LLC
Attn: Payroll
100 Bayer Boulevard
Whippany, NJ 07981

**Served by ECF:** Ronda J. Winnecour, Trustee

Date of Service:    July 9, 2020    /s/ Kenneth Steidl
                                     Kenneth Steidl, Esquire
                                     STEIDL & STEINBERG
                                     28th Floor, Gulf Tower
                                     707 Grant Street
                                     Pittsburgh, PA 15219
                                     (412) 391-8000
                                     PA I.D. 34965