IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas A. Mann II | ) | Case No. 19-24142 |
| Beth A. Mann, | ) | Chapter 13 |
|     Debtor(s) | ) | Related to Document No. 88 |
| | ) | |
| | ) | |
| Beth A. Mann, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 2242 | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UPMC Physician Operations & Prof and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 9, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Beth A. Mann
565 Franklin St.
Freeport, PA 16229

UPMC Physician Operations & Prof
Attn: Payroll
600 Grant Street
Floor 56
Pittsburgh, PA 15219

**Served by ECF:** Ronda J. Winnecour, Trustee

Date of Service:      July 9, 2020         /s/ Kenneth Steidl
                                                                  Kenneth Steidl, Esquire
                                                                  STEIDL & STEINBERG
                                                                  28th Floor, Gulf Tower
                                                                  707 Grant Street
                                                                  Pittsburgh, PA 15219
                                                                  (412) 391-8000
                                                                  PA I.D. 34965