IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas A. Mann II | ) | Case No. 19-24142 |
| Beth A. Mann, | ) | Chapter 13 |
| Debtor(s) | ) | Related to Document No. 96 |
| | ) | |
| | ) | |
| Thomas A. Mann II, | ) | |
| Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 0822 | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Bayer U.S. LLC and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| Respondent(s) | ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 13, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Bayer U.S. LLC
Attn: Payroll
100 Bayer Boulevard
Whippany, NJ 07981

**Served by ECF:** Ronda J. Winnecour, Trustee

Date of Service:    August 13, 2020    /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965