IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Thomas A. Mann II | ) | Case No. 19-24142 |
| Beth A. Mann, | ) | Chapter 13 |
|     Debtor(s) | ) | Related to Document No. 97 |
| | ) | |
| | ) | |
| Beth A. Mann, | ) | |
|     Movant(s) | ) | |
| | ) | |
| Social Security No. XXX-XX- 2242 | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| UPMC Physician Operations & Prof and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|     Respondent(s) | ) | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on August 13, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

UPMC Physician Operations & Prof
Attn: Payroll
600 Grant Street
Floor 56
Pittsburgh, PA 15219

**Served by ECF:** Ronda J. Winnecour, Trustee

| | | |
|---|---|---|
| Date of Service: | August 13, 2020 | /s/ Kenneth Steidl |
| | | Kenneth Steidl, Esquire |
| | | STEIDL & STEINBERG |
| | | 28th Floor, Gulf Tower |
| | | 707 Grant Street |
| | | Pittsburgh, PA 15219 |
| | | (412) 391-8000 |
| | | PA I.D. 34965 |