IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Thomas A. Mann II ) | Case No. 19-24142 |
| Beth A. Mann, ) | Chapter 13 |
|     Debtor(s) ) | Related to Document No. 110 |
| ) | |
| ) | |
| Beth A. Mann, ) | |
|     Movant(s) ) | |
| ) | |
| Social Security No. XXX-XX- 2242 ) | |
| ) | |
| vs. ) | |
| ) | |
| UPMC Physician Operations & Prof and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent(s) ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on January 4, 2022 a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Beth A. Mann
565 Franklin St.
Freeport, PA 16229

UPMC Physician Operations & Prof
Attn: Payroll
600 Grant Street
Floor 56
Pittsburgh, PA 15219

**Served by ECF:** Ronda J. Winnecour, Trustee

Date of Service:    January 4, 2022    /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    STEIDL & STEINBERG
    28th Floor, Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    (412) 391-8000
    PA I.D. 34965