IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Thomas A. Mann, II and ) | Bankruptcy No. 19-24142-JCM |
| Beth A. Mann, ) | Chapter 13 |
|    Debtors ) | Related to Document No(s). 123 |
| ) | |
| Thomas A. Mann, II ) | |
|    Movants ) | |
| ) | |
| vs. ) | |
| ) | |
| Bayer U.S. LLC, Ronda J. Winnecour, ) | |
| Trustee, ) | |
|    Respondent(s) ) | |

### CERTIFICATE OF SERVICE

I, Anna J. Mattish, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and that on November 14, 2023 I served a copy of:

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

ON:

Bayer U.S. LLC,
Attn: Payroll,
100 Bayer Boulevard,
Whippany, NJ 07981

Ronda J. Winnecour, Trustee - via ECF Mail

BY:    Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: November 14, 2023        /s/ Anna J. Mattish
　　　　　　　　　　　　　　　　Anna J. Mattish
　　　　　　　　　　　　　　　　STEIDL & STEINBERG
　　　　　　　　　　　　　　　　707 Grant Street, Suite 2830
　　　　　　　　　　　　　　　　Pittsburgh, PA 15219
　　　　　　　　　　　　　　　　(412) 391-8000