IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Thomas A. Mann, II and | ) Bankruptcy No. 19-24142-JCM |
| Beth A. Mann, | ) Chapter 13 |
|    Debtors | ) Related to Document No(s). 124 |
| | ) |
| Beth A. Mann | ) |
|    Movants | ) |
| | ) |
| vs. | ) |
| | ) |
| Bayer U.S. LLC, Ronda J. Winnecour, | ) |
| Trustee, | ) |
|    Respondent(s) | ) |

## CERTIFICATE OF SERVICE

I, Anna J. Mattish, Pittsburgh, PA 15219 certify as follows:

That I am and at all times hereinafter mentioned was more than 18 years of age and that on November 14, 2023 I served a copy of:

**ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

ON:

UPMC Physician Operations & Prof,
Attn: Payroll
600 Grant Street, Floor 56
Pittsburgh, PA 15219

Ronda J. Winnecour, Trustee - via ECF Mail

BY:   Regular First-Class U.S. Mail, unless otherwise noted

I certify under the penalty of perjury that the foregoing is true and correct.

Date: November 14, 2023      /s/ Anna J. Mattish
                                          Anna J. Mattish
                                          STEIDL & STEINBERG
                                          707 Grant Street, Suite 2830
                                          Pittsburgh, PA 15219
                                          (412) 391-8000