**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    THOMAS A. MANN, II
    BETH A. MANN                      Case No. 19-24142JCM

          Debtor(s)              Chapter 13

    Ronda J. Winnecour             Document No.____

          Movant
     vs.

    PENNYMAC LOAN SERVICES LLC

          Respondent(s)

INTERIM NOTICE OF CURE OF ARREARS

      Chapter 13 Trustee Ronda J. Winnecour  gives notice to the holder(s) of claims secured by a security interest in the debtor's principal residence, i.e. the Respondent(s) named above, that the amount required to cure the **prepetition** default has been paid in full.  This notice does not replace the notice required by Bankruptcy Rule 3002.1(f), which will be filed and served by the Trustee after the debtors have completed all payments required under the plan.

      The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full the amount required to cure the **prepetition** default on the claim. The statement should itemize the required cure, excluding postpetition amounts due, if any, that the holder contends remain unpaid as of the date of the statement.

Trustee Record Number - 30
Court Claim Number - 17-2

                                 /s/  Ronda J. Winnecour

    2/8/2024                          RONDA J WINNECOUR PA ID #30399
                                   CHAPTER 13 TRUSTEE WD PA
                                   600 GRANT STREET
                                   SUITE 3250 US STEEL TWR
                                   PITTSBURGH, PA  15219
                                   (412) 471-5566
                                   cmecf@chapter13trusteewdpa.com

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
THOMAS A. MANN, II
BETH A. MANN

       Debtor(s)

Ronda J. Winnecour

       Movant
   vs.

PENNYMAC LOAN SERVICES LLC

       Respondent(s)

Case No.:19-24142JCM

Chapter 13

Document No.____

### CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Interim Notice of Cure of Arrears upon the following, by regular United States mail, postage prepaid, addressed as follows:

THOMAS A. MANN, II, BETH A. MANN, 565 FRANKLIN ST., FREEPORT, PA  16229

KENNETH STEIDL ESQ, STEIDL & STEINBERG, 707 GRANT ST STE 2830, PITTSBURGH, PA  15219

PENNYMAC LOAN SERVICES LLC, PO BOX 660929, DALLAS, TX  75266-0929

PENNY MAC LOAN SERVICES LLC, PO BOX 2410, MOORPARK, CA  93020

KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106

02/08/2024

/s/ Roberta Saunier
Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com