**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| 06/24/2024 | |
| IN RE: | |
| THOMAS A. MANN, II<br>BETH A. MANN<br>565 FRANKLIN ST.<br>FREEPORT, PA 16229<br>XXX-XX-0822        Debtor(s)<br><br>XXX-XX-2242 | Case No.19-24142<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

6/24/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Cred Desc / Account |
|---|---|---|
| **SYNCHRONY BANK\*\***<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number: 1    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WALMART/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8131 |
| **KML LAW GROUP PC\***<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number: 2    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PENNYMAC/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW\*\***<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 3    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FIRST UNIVERSAL FINANCE CO INC**<br>115 FREEPORT RD<br>STE 101<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 4    INT %: 6.00%<br>Court Claim Number: 10<br>CLAIM: 2,809.13<br>COMMENT: CL10GOV@6%/PL\*PMT/CONF\*8280/SCH | CRED DESC: VEHICLE<br>ACCOUNT NO.: 1350 |
| **US DEPARTMENT OF HUD\*\***<br>HUD TITLE 1 NOTES\*\*<br>PO BOX 6200-02<br>PORTLAND, OR  97228 | Trustee Claim Number: 5    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO PMTS DUE/PL | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX  75266-0929 | Trustee Claim Number: 6    INT %: 0.00%<br>Court Claim Number: 17-2<br>CLAIM: 0.00<br>COMMENT: DKT4PMT-LMT\*BGN 12/19\*AMD | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7283 |
| **CAINE & WEINER**<br>PO BOX 55848<br>SHERMAN OAKS, CA  91413-0848 | Trustee Claim Number: 7    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2688 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number: 8    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7334 |
| **CHASE CARD SERVICES\*\***<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number: 9    INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~AMAZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>PO BOX 560<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CONSOLIDATED COMM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: GSNYN |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **CREDIT ACCEPTANCE CORP***<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 0.00<br>COMMENT: STRICKEN/OE*DFNCY/SCH*5360.69/CL*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0688 |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:4<br>CLAIM: 394.91<br>COMMENT: REF 3298910868*8003~FINGERHUT/SCH*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6529 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8050 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~CREDIT ONE BANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7345 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 1,070.40<br>COMMENT: COMENITY CPTL*GAMESTOP*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1441 |
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 406.54<br>COMMENT: CAPITAL ONE*STALE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3990 |
| **TW PHILLIPS GAS & OIL****<br>C/O PEOPLES TWP LLC*<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9354 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 400.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2242 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 0.00<br>COMMENT: STRICKEN/OE*8133/SCH*SYNCHRONY~WALMART*387.89/CL*DKT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2084 |
| **WEST PENN POWER***<br>ATTN BANKRUPTCY<br>5001 NASA BLVD<br>FAIRMONT, WV 26554 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 533.86<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2210 |

# CLAIM RECORDS

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WOODFOREST NATIONAL BANK**<br>PO BOX 7889<br>THE WOODLANDS, TX 77387-7889 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8503 |
| **ZOCAL LOAN COMPANY**<br>53 THIRD ST<br>SAN FRANCISCO, CA 94103 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **FINGERHUT**<br>6250 RIDGEWOOD ROAD<br>SAINT CLOUD, MN 56303 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **HAYT HAYT & LANDAU LLC**<br>123 S BROAD ST STE 1325<br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: REF 0215159426\*STRICKEN/OE\*NT/SCH\*COMPUCREDIT/1ST N AMER NATL BANK\*: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4995 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 0.00<br>COMMENT: STRICKEN/OE\*NT/SCH\*CITIBANK\*2951.44/CL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2730 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 0.00<br>COMMENT: STRICKEN/OE\*NT/SCH\*GE CAPITAL~LOWES\*1900.24/CL | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2860 |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: REF 0215159426\*CL8:3613.04 W/D-DOC 49~/OE DOC 50 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4995 |
| **PEOPLES GAS LLC F/K/A PEOPLES TWP LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 7,514.82<br>COMMENT: NT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9354 |
| **PENNYMAC LOAN SERVICES LLC**<br>PO BOX 660929<br>DALLAS, TX 75266-0929 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number: 17-2<br>CLAIM: 13,733.93<br>COMMENT: $/CL-PL\*THRU 11/19\*AMD | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 7283 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES LLC**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 784.36<br>COMMENT: NT/SCH*US BANK NATIONAL ASSOC*STALE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8503 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:14<br><br>CLAIM: 7,639.00<br>COMMENT: NT/SCH*CITIBANK*JUDGMENT | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5311 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:16<br><br>CLAIM: 3,025.94<br>COMMENT: NT/SCH*BANK OF AMERICA*HILCO RECEIVABLES*STALE | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9274 |
| **CAINE & WEINER**<br>PO BOX 55848<br><br>SHERMAN OAKS, CA 91413-0848 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAINE & WEINER**<br>PO BOX 55848<br><br>SHERMAN OAKS, CA 91413-0848 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PEOPLES GAS LLC F/K/A PEOPLES TWP LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PMT/OE-PL-CONF*BGN 8/20 DISB*DKT | | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 8216 |