UNITED STATES BANKRUPTCY COURT
FOR WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Beth Mann                                               CHAPTER: 13
565 Franklin ST                                         CASE NUMBER: 19-24142
Freeport, PA 16229                                      CLAIM AMOUNT: $394.91

Debtors.
_____

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 11/14/2019, in the amount of $394.91.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 24th day of June, 2024.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

| | |
|---|---|
| Debtor: | Beth Mann<br>565 Franklin ST<br>Freeport, PA 16229 |
| Debtor's Attorney: | Kenneth Steidl<br>707 Grant ST  STE 2830<br>Pittsburgh, PA 15219 |
| Chapter 13 Trustee: | RONDA J WINNECOUR<br>PITTSBURGH, PA 15219 |

by submitting electronically with the court.

This 24th day of June, 2024.

Jefferson Capital Systems LLC

By: /s/ Nancy Mehrenberg
Nancy Mehrenberg   Bankruptcy Specialist

Jefferson Capital Systems, LLC
200 14th Avenue E
Sartell, MN 56377
(800) 928-7314