

# United States Bankruptcy Court

## Western District of Pennsylvania

In re:  Thomas A. Mann, II and Beth A. Mann, Debtors        Case No. 19-24142-JCM

Chapter 13

**Withdrawal of Claim**

Cavalry SPV I, LLC, through Cavalry Portfolio Services LLC, withdraws its Proof of Claim Number 16-1 filed on December 30, 2019, for account number 9274 and in the amount of $3,025.94.

Respectfully submitted,

By: /s/ Caitlin Truman
Bankruptcy Specialist
Cavalry Portfolio Services, LLC
P.O. Box 4252
Greenwich, CT 06831
800-501-0909

DATE:    06/25/2024