**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PA**

Chapter: 13
Case No: 1924142

In re: THOMAS A MANN II
BETH A MANN

Account Number: 8503

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 13 filed on 12/13/2019 in the amount of $784.36 .

On this date 6/26/2024.

By: /s/ Zachery C. Hayes
Zachery C. Hayes
Bankruptcy Representative
PRA Receivables Management, LLC., as agent of
Portfolio Recovery Associates LLC.
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@prareceivables.com