Certificate Number: 01721-PAW-DE-039250276

Bankruptcy Case Number: 19-24142



01721-PAW-DE-039250276

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 16, 2025, at 3:59 o'clock PM EST, Thomas Mann completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   January 17, 2025            By:   /s/Robin Vasselo

                                    Name: Robin Vasselo

                                    Title: Counselor