IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | | 19-24142-JCM |
| | : | | | |
| Thomas A. Mann, II | : | Chapter: | | 13 |
| Beth A. Mann | : | | | |
| *Debtor(s).* | : | | | |
| | : | Date: | | 2/4/2025 |
| | : | Time: | | 01:30 |

## PROCEEDING MEMO

**MATTER**      #149 Application for Final Compensation by Counsel for Debtors
                #159 CNO filed

**APPEARANCES:**

Debtor:  Chris Frye
Trustee:  Ronda J. Winnecour

**NOTES:**

J.:         Your retainer agreement indicates that fees beyond the no-look fee will only be sought in unforeseen circumstances. I do not see those here.  Every time entry input by the paralegal is .3.  Every time entry for each objection to claim is .8.  I find the requested fees are not reasonable and there are no unforeseen circumstances that would warrant deviation from the standard no-look fee.

Frye:      The hours are what they are according to the fee application.  If our billed hours exceed the no look we file a fee application.

Winnecour:  We are in month 63 this was the last remaining matter in the case. All creditors have been paid pursuant to the Plan.  I was holding a significant amount of $8,666.48 which I could give to the Debtors for a refund.  23.98% was paid to unsecured creditors.  I will file a report indicating the status of monies coming in and out.

**OUTCOME:**      DENIED / Chambers to issue order.

SIGNED
2/4/25 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA