IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Thomas Mann | ) | Case No. 19-24142 JCM |
| Beth Mann | ) | |
|    Debtor | ) | Chapter 13 |
| | ) | Document No. |
| Thomas Mann | ) | |
| Beth Mann | ) | |
|    Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondents | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On January 17, 2025, at docket number 157 and 158, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*Debtor carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

| | |
|---|---|
| <u>January 29, 2025</u> | <u>/s/ Thomas Mann</u> |
| Date | Debtor |
| | |
| <u>January 29, 2025</u> | <u>/s/ Beth Mann</u> |
| Date | Debtor |
| | |
| | Respectfully submitted, |
| | |
| <u>February 5, 2025</u> | <u>/s/ Kenneth Steidl</u> |
| DATE | Kenneth Steidl, Esquire |
| | Attorney for the Debtor |
| | STEIDL & STEINBERG |
| | 436 7th Ave.- Suite 322 |
| | Pittsburgh, PA 15219 |
| | (412) 391-8000 |
| | ken.steidl@steidl-steinberg.com |
| | PA I.D. No. 34965 |

**PAWB Local Form 24 (07/13)**