Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Thomas A. Mann II** | : | Case No. 19−24142−JCM |
| **Beth A. Mann** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 169 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/27/25 at 02:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

   *AND NOW,* this ***The 26th of March, 2025***, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 169 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1) ***On or before May 12, 2025***, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2) This *Motion* is scheduled for hearing on ***May 27, 2025 at 02:00 PM*** in Courtroom "C", 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-24142-JCM

Thomas A. Mann, II     Chapter 13

Beth A. Mann

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3

Date Rcvd: Mar 26, 2025     Form ID: 300b     Total Noticed: 36

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. Mann, II, Beth A. Mann, 565 Franklin St., Freeport, PA 16229-1217 |
| 15161004 | + | First Universal Finance Co., Inc., 115 Freeport St., Suite 1, New Kensington, PA 15068-6010 |
| 15161007 | + | JOSHUA MCNAMARA, ESQ, 2 INDUSTRIAL WAY WEST, PO BOX 500, Eatontown, NJ 07724-0500 |
| 15145514 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15145516 | + | TW Philips Gas & Oil Company, c/o Peoples Gas Company, 205 North Main St., Butler, PA 16001-4998 |
| 15145517 | + | Universal Finance, 115 Freeport Rd., Suite 1, New Kensington, PA 15068-6010 |
| 15145519 | + | Walmart, PO Box 536927, Atlanta, GA 30353-6927 |
| 15145522 | + | Zocal Loan Company, 53 Third St., San Francisco, CA 94103-3105 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | Mar 27 2025 00:31:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2025 00:31:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2025 00:37:05 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2025 00:36:24 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 27 2025 00:30:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15145510 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2025 00:49:17 | Capital One Bank, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 15147186 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2025 00:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15145511 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2025 00:48:18 | Chase - Amazon, Po Box 960013, Orlando, FL 32896-0013 |
| 15145512 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 27 2025 00:30:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15145513 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 27 2025 00:36:23 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 15161003 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 27 2025 00:31:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15157533 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2025 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

Case 19-24142-JCM   Doc 171   Filed 03/28/25   Entered 03/29/25 00:30:27   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2025 | Form ID: 300b | Total Noticed: 36 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15161005 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2025 00:31:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15161006 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2025 00:31:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15159425 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2025 00:37:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15161008 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2025 00:31:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15161009 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2025 00:31:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15161010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2025 00:37:42 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15169265 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2025 01:02:24 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15145515 | + | Email/PDF: ebnotices@pnmac.com | Mar 27 2025 00:49:00 | PennyMac Loan Services, LLC, 3043 Townsgate Road, #200, Westlake Village, CA 91361-3027 |
| 15178420 | + | Email/PDF: ebnotices@pnmac.com | Mar 27 2025 00:49:14 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15161164 | + | Email/Text: ebnpeoples@grblaw.com | Mar 27 2025 00:30:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pgh, PA 15233-1828 |
| 15146456 | ^ | MEBN | Mar 27 2025 00:26:56 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15145518 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 27 2025 00:31:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15174762 | | Email/Text: BNCnotices@dcmservices.com | Mar 27 2025 00:30:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15151798 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 27 2025 00:31:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15145520 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 27 2025 00:31:00 | West Penn Power Company, 800 Cabin Hill Drive, Greensburg, PA 15606-2222 |
| 15145521 | | Email/Text: ebankruptcy@woodforest.com | Mar 27 2025 00:31:00 | Woodforest National Bank, P.O. Box 7889, Spring, TX 77387-7889 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15161002 | *+ | Capital One Bank, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2025          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

**Name**     **Email Address**

Denise Carlon
on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com

Kenneth Steidl
on behalf of Joint Debtor Beth A. Mann julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
on behalf of Debtor Thomas A. Mann II julie.steidl@steidl-steinberg.com,
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Maria Miksich
on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 7