**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THOMAS A. MANN, II<br>BETH A. MANN<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:19-24142<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

March 26, 2025

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/24/2019 and confirmed on 12/20/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 93,027.40 |
| Less Refunds to Debtor | 6,896.67 | |
| TOTAL AMOUNT OF PLAN FUND | | 86,130.73 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,400.00 | |
|   Trustee Fee | 4,753.54 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,153.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 50,776.33 | 0.00 | 50,776.33 |
|     Acct: 7283 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 13,733.93 | 13,733.93 | 0.00 | 13,733.93 |
|     Acct: 7283 | | | | |
|   FIRST UNIVERSAL FINANCE CO INC | 2,809.13 | 2,809.13 | 173.76 | 2,982.89 |
|     Acct: 1350 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 67,493.15 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS A. MANN, II | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THOMAS A. MANN, II | 6,896.67 | 6,896.67 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX6/25 | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP L | 0.00 | 6,231.74 | 0.00 | 6,231.74 |
|     Acct: 8216 | | | | |
| | | | | 6,231.74 |
| **Unsecured** | | | | |
|   CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2688 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7334 | | | | |
|   CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XSNYN | | | | |
|   CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 0688 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6529 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8050 | | | | |
| MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7345 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1441 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3990 | | | | |
| TW PHILLIPS GAS & OIL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9354 | | | | |
| UPMC HEALTH SERVICES | 400.00 | 105.73 | 0.00 | 105.73 |
| Acct: 2242 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2084 | | | | |
| WEST PENN POWER* | 533.86 | 141.11 | 0.00 | 141.11 |
| Acct: 2210 | | | | |
| WOODFOREST NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8503 | | | | |
| ZOCAL LOAN COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4995 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2730 | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2860 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4995 | | | | |
| PEOPLES GAS LLC F/K/A PEOPLES TWP L | 7,514.82 | 1,986.32 | 0.00 | 1,986.32 |
| Acct: 9354 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8503 | | | | |
| LVNV FUNDING LLC | 7,639.00 | 2,019.14 | 0.00 | 2,019.14 |
| Acct: 5311 | | | | |
| CAVALRY SPV I LLC - ASSIGNEE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9274 | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8131 | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,252.30 |
| TOTAL PAID TO CREDITORS | | | | 77,977.19 |

```
TOTAL CLAIMED
   PRIORITY              0.00
   SECURED          16,543.06
   UNSECURED        16,087.68
```

Date: 03/26/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    THOMAS A. MANN, II
    BETH A. MANN
        Debtor(s)

Ronda J. Winnecour
       Movant
    vs.
No Repondents.

Case No.:19-24142

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24142-JCM |
| Thomas A. Mann, II | Chapter 13 |
| Beth A. Mann | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Mar 26, 2025 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas A. Mann, II, Beth A. Mann, 565 Franklin St., Freeport, PA 16229-1217 |
| 15161004 | + | First Universal Finance Co., Inc., 115 Freeport St., Suite 1, New Kensington, PA 15068-6010 |
| 15161007 | + | JOSHUA MCNAMARA, ESQ, 2 INDUSTRIAL WAY WEST, PO BOX 500, Eatontown, NJ 07724-0500 |
| 15145514 | | KML Law Group, BNY Mellon Independence Center, 701 Market Street - Suite 5000, New York, NY 10106 |
| 15145516 | + | TW Philips Gas & Oil Company, c/o Peoples Gas Company, 205 North Main St., Butler, PA 16001-4998 |
| 15145517 | + | Universal Finance, 115 Freeport Rd., Suite 1, New Kensington, PA 15068-6010 |
| 15145519 | + | Walmart, PO Box 536927, Atlanta, GA 30353-6927 |
| 15145522 | + | Zocal Loan Company, 53 Third St., San Francisco, CA 94103-3105 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@cavps.com | Mar 27 2025 00:31:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| cr | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2025 00:31:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 5632-9617 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2025 00:37:05 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2025 00:37:03 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 27 2025 00:30:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15145510 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 27 2025 00:37:10 | Capital One Bank, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 15147186 | + | Email/Text: bankruptcy@cavps.com | Mar 27 2025 00:31:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15145511 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 27 2025 00:48:06 | Chase - Amazon, Po Box 960013, Orlando, FL 32896-0013 |
| 15145512 | + | Email/Text: ebnnotifications@creditacceptance.com | Mar 27 2025 00:30:00 | Credit Acceptance, 25505 West 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 15145513 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 27 2025 00:37:13 | Credit One Bank, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 15161003 | + | Email/Text: bnc-bluestem@quantum3group.com | Mar 27 2025 00:31:00 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15157533 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2025 00:31:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2025 | Form ID: pdf900 | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15161005 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2025 00:31:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 15161006 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 27 2025 00:31:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 15159425 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2025 00:36:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15161008 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2025 00:31:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 15161009 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 27 2025 00:31:00 | Midland Funding LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 15161010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2025 00:49:59 | Portfolio Recovery Associates LLC, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 15169265 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2025 00:49:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15145515 | + | Email/PDF: ebnotices@pnmac.com | Mar 27 2025 00:37:49 | PennyMac Loan Services, LLC, 3043 Townsgate Road, #200, Westlake Village, CA 91361-3027 |
| 15178420 | + | Email/PDF: ebnotices@pnmac.com | Mar 27 2025 00:48:21 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15161164 | + | Email/Text: ebnpeoples@grblaw.com | Mar 27 2025 00:30:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pgh, PA 15233-1828 |
| 15146456 | ^ | MEBN | Mar 27 2025 00:26:57 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15145518 | + | Email/Text: BankruptcyNotice@upmc.edu | Mar 27 2025 00:31:00 | UPMC, 2 Hot Metal Street, Room 386, Pittsburgh, PA 15203-2348 |
| 15174762 | | Email/Text: BNCnotices@dcmservices.com | Mar 27 2025 00:30:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15151798 | + | Email/Text: bankruptcy@firstenergycorp.com | Mar 27 2025 00:31:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15145520 | | Email/Text: bankruptcy@firstenergycorp.com | Mar 27 2025 00:31:00 | West Penn Power Company, 800 Cabin Hill Drive, Greensburg, PA 15606-2222 |
| 15145521 | | Email/Text: ebankruptcy@woodforest.com | Mar 27 2025 00:31:00 | Woodforest National Bank, P.O. Box 7889, Spring, TX 77387-7889 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PENNYMAC LOAN SERVICES, LLC |
| 15161002 | *+ | Capital One Bank, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

Case 19-24142-JCM    Doc 172    Filed 03/28/25    Entered 03/29/25 00:30:27    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 26, 2025 | Form ID: pdf900 | Total Noticed: 36 |

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2025　　　　　　　　　　Signature:　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Beth A. Mann julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Thomas A. Mann II julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 7